1220

No. 90–7788. BALLANTYNE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–7791. MCNAMARA v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7792. MARTINEZ v. SULLIVAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 90–7794. LEMRICK v. OREGON COURT SYSTEM ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7795. MUHAMMAD, AKA ELLIOT v. SHABAZZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–7797. MARTIN v. THOMPSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7801. DOUGLAS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–7802. ZATKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 90–7803. ROSNOW v. RASMUSSEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–7804. ANDREWS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 90–7805. ZANI v. GLANZ ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–7811. MCGREW v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 90–7813. JONES v. EASTMAN KODAK CO. C. A. 5th Cir. Certiorari denied.

No. 90–7820. DAVENPORT v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.